IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR McELROY, | ) | 4:06CV3228 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NEBRASKA HEALTH AND | ) | |
| HUMAN SERVICES SYSTEM, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Defendant Jason Warner's motions for leave to file answer or motion out of time (filings 11, 21) are granted, as follows: Defendant shall have until June 1, 2007, to file an answer or a motion under Federal Rule of Civil Procedure 12(b) or (e).

2. The clerk of the court shall rename the plaintiff's "motion" to deny defendants' motions (filing 24) as a "brief".[1]

2. Plaintiff's motion for entry of default against Defendant Jason Warner (filing 18) is denied.

May 9, 2007.         BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

[1] See NECivR 7.1(b)(1)(A) ("The party opposing a motion shall not file an "answer," or "opposition," "objection," or "response" to a motion, or any similarly titled responsive pleading, but instead shall file a paginated brief . . ..").