IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR McELROY, | ) | 4:06CV3228 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LIZ WILLEY, JASON WARNER, and KEVIN DIKS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On May 8, 2007, Plaintiff filed a motion to compel the Nebraska Health and Human Services System ("NHHSS") to answer interrogatories that allegedly were served on March 28, 2007. NHHSS was dismissed as a party defendant on May 9, 2007. Consequently,

IT IS ORDERED that Plaintiff's motion to compel discovery (filing 26) is denied as moot.

June 1, 2007.                              BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge