IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR McELROY, | ) | |
| | ) | 4:06CV3228 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LIZ WILLEY, JASON WARNER, and | ) | |
| KEVIN DIKS | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 55(c), and for good cause shown,

IT IS ORDERED that:

1. Defendant Kevin Diks' motion to set aside default (filing 44) is granted, and the entry of default by the clerk on September 11, 2007 (filing 42), is hereby set aside.[1]

2. Plaintiff's application for entry of default judgment (filing 43) is denied.

October 10, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge

---

[1] Defendant states that the correct spelling of his name is Dix. He has filed a motion to dismiss (filing 45), claiming he was not properly served with summons. That motion is not yet ripe for determination.