IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR McELROY, | ) | 4:06CV3228 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| LIZ WILLEY, JASON WARNER, | ) | |
| and KEVIN DIKS, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the court's memorandum and order entered this date, and Federal Rule of Civil Procedure 54(b),

FINAL JUDGMENT is entered dismissing without prejudice the plaintiff's claims against the defendant Jason Warner, in his official capacity, for lack of subject matter jurisdiction.

The action shall proceed against the defendant Jason Warner in his individual capacity and against the other defendants.

November 15, 2007.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge